American Express
PO Box 981537
El Paso TX 79998

Vivint
62992 Collections Drive
Chicago IL 60693

Capital One
PO Box 31293
Salt Lake City UT 84131

ADP
10200 Sunset Drive
Miami FL 33173

Alliant Credit Union
1 Corporate Drive Suite 360
Lake Zurich IL 60047

TransLease
1400 W 62nd Avenue
Denver CO 80221

Johnathan Graham
44 West Flagler Street
Miami FL 33130

Arthur Daniels
44 West Flagler Street
Miami FL 33130

Francis Street Salter Property Management LLC
8412 Stagecoach Lane
Boca Raton FL 33496

Elite Security
15600 SW 288 Street Suite 203
Homestead FL 33033

Mercedes Benz Financial
PO Box 961
Roanoke TX 76262

Xcel Energy Services
5500 South Quebec Street Suite 260
Greenwood Village CO 80111

Del Prado Homeowners Association
18081 Biscayne Boulevard
Aventura FL 33160

Synchrony Bank
PO Box 71757
Philadelphia PA 19176

Home Depot Credit Services
1 American Lane Suite 220
Greenwich CT 06831

GEICO Insurance
PO Box 607
Norwood MA 02062

Progressive Insurance
PO Box 984105
Los Angeles CA 90189

The Check Cashing Store
10853 Caribbean Boulevard
Miami FL 33189

TD Bank
1701 Marlton Pike Suite 200
Cherry Hill NJ 08003

VASA Fitness
1259 South 800 East
Orem UT 84097

Youfit Gyms
4625 South 2300 East Suite 207
Holladay UT 84117