

**ORDERED in the Southern District of Florida on March 17, 2026.**

_Corali Lopez-Castro_

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                             Case No.:  26-11051-CLC
                                                   Chapter 13

**Estephana Rae Toubeaux,**

   **Debtor                          /**

**ORDER DENYING MOTION TO CONTINUE 341 MEETING**
**TO APRIL 9, 2026**

**THIS MATTER** came before the Court upon the Debtor's motion to continue the 341 meeting of creditors to April 9, 2026 (the "Motion") [Dkt. No. 34].  The Court, having reviewed the file and being fully advised on the premises, it is,

**ORDERED AND ADJUDGED** that the Motion is DENIED.   The meeting of creditors will be held on March 19, 2026, at 11:00 a.m. via Zoom at: www.Zoom.us: Meeting ID 603 731 5972, Passcode 4054528990, Phone (954) 399−2956.

*###*

Copies furnished to:

Estephana Rae Toubeaux
13035 SW 210 Ter
Miami, FL 33177

Nancy K. Neidich
POB 279806
Miramar, FL 33027

AUST