UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
ESTEPHANA RAE TOUBEAUX,          Case no. 26-11051-CLC
     Debtor(s).     /          Chapter 13

**MERCEDES-BENZ FINANCIAL SERVICES USA LLC'S
OBJECTION TO CONFIRMATION OF PLAN**

**MERCEDES-BENZ FINANCIAL SERVICES USA LLC** ("Creditor"), a secured claimant, objects to confirmation of debtor's plan as follows:

1.  The Creditor is a claimant against debtor Estephana Rae Toubeaux and non-debtor Justin Michael Toubeaux in the net amount of **$49,582.97 (POC #8-1),** secured by a lien on a **2019 MERCEDES-BENZ GLC UTILITY 4D GLC63 AMG SPORTS COUPE AWD 4.0L V8 TURBO VEHICLE, VIN WDC0J8JB5KF489114.** Copies of Retail Installment Sale Contract and proof of title are attached to the proof of claim.

2.  The plan understates the payoff and does not conform to POC #8-1). The contractual monthly payment is $1,487.91. The pre-petition arrears at the time of filing is $1,463.73.

3.  The plan fails to provide interest on the payoff amount. The contract rate of interest is 7.69%. The *Till* rate of interest is 8.75% at the time of the bankruptcy filing.

4.  The Creditor requests proof of collision and comprehensive insurance with the Creditor as additional insured.

5.  The plan fails to provide that the Creditor will retain its lien until it is paid in full under the terms of the plan and the debtor is discharged.

6.  The plan may fail to dedicate debtor's disposable income throughout the plan (from month 1) as it provides for only one

payment of $2,600.00 to the Trustee in month 60 and a monthly payment of $98.00 to Creditor in month 60.  If it is debtor's intent to pay these amounts for sixty months, the plan does not clearly state this, nor would such amounts be sufficient.

7.    The plan is internally inconsistent.  Debtor's intent may be to pay to Creditor $98 per month for 60 months.  The sum of $5,900 paid inside the plan over 60 months does not satisfy a valuation of $47,000.00 with contractual or *Till* interest thereon.

**WHEREFORE,** The Creditor respectfully requests that the confirmation of debtor's plan be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on March 18, 2026, copies of the foregoing were transmitted via CM/ECF to all parties registered to receive electronic notices in this case, including Trustee Nancy K. Neidich, and mailed by the undersigned via US First Class Mail to debtor Estephana Rae Toubeaux, 13035 SW 210 Terrace, Miami, FL 33177.

GERARD M. KOURI, JR., P.A.
Attorneys for the Creditor
5311 King Arthur Ave
Davie, FL 33331
Tel: (954)862-1731
Fax: (954)862-1732

By: /s/*Gerard M. Kouri, Jr., ESQ.*
    Gerard M. Kouri, Jr., Esq.
    FBN 375969, gmkouripa@gmail.com