UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Estephana Rae Toubeaux

Debtor.

Case No.: 26-11051-CLC

Chapter 13

FILED-USBC, FLS-MIA
'26 MAR 30 PM3:17

---

## MOTION TO REINSTATE CASE

COMES NOW the Debtor, Stephanie Toubeaux, proceeding pro se, and respectfully moves this Court to reinstate her Chapter 13 case, and states:

1. The Debtor's case was dismissed on or about _March 23,2026___ due to the Trustee's indication that required tax documentation had not been provided.

2. The Debtor has now obtained and sent through certified mail all available tax documentation, including IRS transcripts for tax years 2021, 2022, and 2023.

3. The Debtor is actively working with her accountant to complete and file any outstanding tax returns for 2024 and 2025 and will provide those documents promptly upon completion.

4. The Debtor submits that this deficiency has now been substantially cured. The failure to provide the documents earlier was not intentional, but due to timing and administrative delays, which have now been addressed.

5. Reinstatement of the case is warranted. Dismissal would be detrimental to the Debtor's ability to address pre-petition arrears on her homestead property and would negatively impact the welfare of the Debtor and her dependent child. The Debtor filed this case in good faith to reorganize her financial obligations and maintain her residence.

6. The Debtor is proceeding in good faith and is committed to complying with all requirements of the Bankruptcy Code, the Trustee, and this Court.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order reinstating this case and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Estephana Toubeaux
13035 SW 210th Ter
Miami, FL 33177
Cell number 970-815-8262
Date: 3/31/2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail on this 31 day of March, 2026, to:

Chapter 13 Trustee
Nancy K. Neidich
PO Box 279806
Miramar, FL 33027

_Estephana Toubeaux_

Estephana Toubeaux
13035 SW 210th Ter
Miami, FL 33177
Cell number 970-815-8262
Date: 3/31/2026