**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

ESTEPHANA RAE TOUBEAUX                    CASE NO. 26-11051-CLC
                                          Chapter 13

_____Debtor_____/

**OBJECTION TO REINSTATEMENT**

COMES NOW, the undersigned and files this Objection to Debtor's Motion for Reinstatement on behalf of Secured Creditor, Carlos Fernandez and Ivette Bermudez, and states as follows:

1. The Debtor filed this Chapter 13 bankruptcy case pro se on January 28, 2026.

2. Secured Creditors, Carlos Fernandez and Ivette Bermudez, hold a mortgage and promissory note on the real property located at 13035 SW 210 Terr, Miami, FL 33177, which is the Debtor's homestead.

3. Currently the outstanding principal balance due on the note is $940,061.26.

4. The current amount to reinstate the mortgage is approximately $71,230.18 as detailed below:

   **Regular Principal Payments due from February 1st , 2026 through April 30, 2026 ($8541,80 + $8594.39 + $8647.31) = $27,783.50.**

   **Interest at 15% from January 1st ,2026 to April 30, 2026 (119 days at 369.38)= $43,956.22**

   **Late Fee February, March and April (703.82x3)= $2,111.46**

   **Attorney Fee $1,590**

   **Payment  Received $4,211**

   **TOTAL $71,230.18**

5. The monthly principal and interest payment due on the mortgage and note is $14,076.38.

6. Should the debtor elect to cure and maintain the mortgage, the monthly bankruptcy payment would be approximately $16,959.50. This bankruptcy payment does not include any other potential debts and creditors of the Debtor.

7. Moreover the 2025 real estate taxes are delinquent and the current amount due is $22,723.93. In June, the delinquent property taxes go to auction and the amount will increase. The unpaid real estate taxes are an event of default under the terms of the note and mortgage.

8. Finally, in reviewing the docket and the public records, it appears the Debtor owes several creditors including a Mercedes vehicle and an investment property located at 18061 Biscayne Blvd Unit 1102 which also appears to be in arrears.

9. Secured Creditor does not believe the Debtor's plan is feasible and the Debtor will likely not have the disposable income to make and maintain the plan payments.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the US Bankruptcy Court this 24th  day of April 2026 and served on all parties listed below either by email or electronically.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090(1)

JORGE & ACOSTA LAW, LLC
8603 S Dixie HWY, STE 210
Miami, FL 33143
Tel: (786) 615-4630
Fax: (786) 615-4632
Eservice: Jennifer@jandalaw.com

By: /s/ Jennifer R. Jorge
JENNIFER R. JORGE, ESQ.
Fla. Bar No: 0149012

Copies to:

**Estephana Rae Toubeaux**
13035 SW 210 Ter
Miami, FL 33177

NANCY K. NEIDICH,
CHAPTER 13 STANDING TRUSTEE, ECF ONLY

US TRUSTEE, ECF ONLY