

**ORDERED in the Southern District of Florida on May 1, 2026.**

_Corali Lopez-Castro_

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Estephana Rae Toubeaux,                    CASE No.: 26-11051-CLC

                                           CHAPTER 13

     Debtor.

_____/

### ORDER DENYING MOTION TO REINSTATE CASE

THIS CAUSE came before the Court on April 28, 2026, at 2:30 p.m. on the Debtor's

Motion to Reinstate Case ("Motion") [ECF# 47] and based upon the record, it is,

**ORDERED:**

1.   The Motion is Denied.

###

Submitted by:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
KENIA MOLINA
FLORIDA BAR NO: 0085156
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

**Copies to:**

All parties of record by the Clerk of Court.